**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| IN RE: ) | |
|   ORLANDO G. SANDOVAL and ) | |
|   ANGELA R. SANDOVAL, ) | Case No. 13-90953 |
| ) | |
|      Debtors. ) | Chapter 13 |

## NOTICE OF FINAL PAYMENT

    Pursuant to Fed. Bankr. Rule 3002.1(f), Marsha L. Combs-Skinner, Chapter 13 Standing Trustee, files this Notice of Final Payment indicating the amount required to cure the default in the claim herein has been paid in full.

Name of Creditor: U.S. Bank Trust National Assoc.　　　Proof of Claim no.: 1-2

Last four digits of any number used to identify the Debtor's account: 0905

    **Final Cure Amount**

        Amount of Prepetition Arrears: $18,895.61

        Amount as listed in the Plan: $18,895.61

        Amount paid by Trustee: $18,895.61

    **Monthly ongoing Mortgage Payment**

        Mortgage is Paid:  Direct by the Debtors

        Amount paid by the Trustee: N/A

    Since the Trustee has completed payments on your claim as indicated above, you will no longer receive payments for that debt.  You may still receive additional payments from the Trustee if you have claims alleging other or additional secured, priority, or unsecured claims.

    Within 21 days of the service of this Notice, the Creditor must file and serve same on the Debtor, Debtor's Counsel and the Trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with §1322(b)(5), the Debtor is otherwise current on all payments or be subject to further action of the Court including possible sanctions.

    The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a

supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Dated: November 15, 2018

                          Respectfully Submitted:

                          /s/ Marsha L. Combs-Skinner
                          Marsha L. Combs-Skinner,
                          Chapter 13 Standing Trustee
                          Central District of Illinois
                          108 S. Broadway, P.O. Box 349
                          Newman, IL 61942
                          Telephone: 217-837-9730
                          E-Mail: Marsha@ch13cdil.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was served upon, Frank E. Hoffman, Attorney for the Debtors, and the United States Trustee, by electronic notification through ECF on November 15, 2018, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM-ECF participants:

Orlando G. Sandoval
Angela R. Sandoval
843 S. Locust
Pontiac, IL 61764


U.S. Bank Trust National Assoc.
c/o BSI Financial Sefvices
1425 Greenway Drive, Ste. 400
Irving, TX 75038


      By: /s/ Marsha L. Combs-Skinner
          Marsha L. Combs-Skinner
          Chapter 13 Standing Trustee